# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

STEPHEN TALAMANTES ,

        V.                        **SUMMONS IN A CIVIL CASE**

SOLANO COUNTY , ET AL. ,

                                    CASE NO: **2:18−CV−03187−MCE−KJN**

TO: **Dalton Mccampbell, Solano County**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Justin Kirk Tabayoyon**
**Law Offices of Justin K. Tabayoyon**
**1000 North Texas Street, Suite A**
**Fairfield, CA 94533**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**MARIANNE MATHERLY**
CLERK

/s/ R. Becknal

(By) DEPUTY CLERK                                      ISSUED ON 2018−12−12 09:00:08.0 , Clerk
                                                                               USDC EDCA

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 12/20/2018 |
| NAME OF SERVER *(PRINT)* Joseph Pena | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 675 Texas Street, Suite 6600, Fairfield, CA 94533

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Theda Peck

☐ Returned unexecuted: _____

☒ Other (specify): Service upon County of Solano.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/18
*Date*

*Signature of Server*

1000 N. Texas St Fairfield CA 94533
*Address of Server*