GREGG A. THORNTON (SBN 146282)
gthornton@selmanlaw.com
DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
County of Solano and Dalton McCampbell

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TALAMANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY, a government entity; DALTON McCAMPBELL, individually and in his official capacity as a Deputy Sheriff for Solano County Sheriff's Department<br><br>　　　　Defendants. | Case No. 2:18-cv-03187-MCE-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

　　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

　　**DATED: January 11, 2019**

　　　　　　　　　　　　　　　　**/s/ Justin Kirk Talamantes  (authorization provided on January 11, 2019**

　　　　　　　　　　　　　　　　**Attorney(s) for Plaintiff(s)**

　　　　　　　　　　　　　　　　**/s/ Danielle K. Lewis**

　　　　　　　　　　　　　　　　**Attorney(s) for Defendants County of Solano and Dalton McCampbell**

　　**IT IS SO ORDERED.**

　　**Dated: January 16, 2019**

　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

399067.1  1579.45097