JUSTIN KIRK TABAYOYON (SBN 288957)
LAW OFFICES OF JUSTIN K. TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (925) 826-3504

Attorneys for Plaintiff
STEPHEN M. TALAMANTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN M. TALAMANTES, | Case No. 2:18-CV-03187-MCE-KJN |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| SOLANO COUNTY, a government entity; DALTON MCCAMPBELL, individually and in his official capacity as a Deputy Sheriff for Solano County Sheriff's Department, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiff's attorneys of record and through the defendants' attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

DATED: July 3, 2019                     LAW OFFICES OF JUSTIN K. TABAYOYON


By: /s/ *Justin Tabayoyon* **(as authorized on July 3, 2019)**
JUSTIN TABAYOYON
Attorney for Plaintiff
STEPHEN TALAMANTES

DATED: July 3, 2019					SELMAN BREITMAN LLP


By: **/s/ *Danielle K. Lewis* (as authorized on July 3, 2019)**
    DANIELLE K. LEWIS
    Attorney For Defendants
    COUNTY OF SOLANO AND
    DALTON MCCAMPBELL

**ORDER**

**IT IS SO ORDERED.**

Dated: _____		By: _____
    Hon. Morrison C. England, Jr.
    United States District Judge
    Eastern District of California