JUSTIN KIRK TABAYOYON (SBN 288957)
LAW OFFICES OF JUSTIN K. TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (925) 826-3504


Attorneys for Plaintiff
STEPHEN M. TALAMANTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN M. TALAMANTES, | Case No. 2:18-cv-03187-MCE-KJN |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| SOLANO COUNTY, a government entity; DALTON MCCAMPBELL, individually and in his official capacity as a Deputy Sheriff for Solano County Sheriff's Department, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiff's attorneys of record and through the defendants' attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.


DATED: July 3, 2019                    LAW OFFICES OF JUSTIN K. TABAYOYON



By: **/s/ *Justin Tabayoyon* (as authorized on July 3, 2019)**
    JUSTIN TABAYOYON
    Attorney for Plaintiff
    STEPHEN TALAMANTES

| | |
|---|---|
| DATED: July 3, 2019 | SELMAN BREITMAN LLP |

By: **/s/ *Danielle K. Lewis* (as authorized on July 3, 2019)**
DANIELLE K. LEWIS
Attorney For Defendants
COUNTY OF SOLANO AND
DALTON MCCAMPBELL

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear its own fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: July 17, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE